IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DENISE GADDY MCCLENDON,       )
                              )
         Plaintiff,           )
                              )      ORDER
    v.                        )
                              )      1:14CV498
CAROLYN W. COLVIN,            )
Commissioner of Social Security, )
                              )
         Defendant.           )

On November 23, 2015, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court.

Within the time limitation set forth in the statute, Plaintiff objected to the Recommendation.

The court has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's motion for judgment on the pleadings (Docket Entry 22) is **GRANTED**. **IT IS FURTHER ORDERED** that to the extent Plaintiff's response (Docket Entry 17) is construed as a motion to dismiss, this motion is **DENIED. IT IS FURTHER ORDERED** that Defendant's motion to dismiss for failure to prosecute (Docket Entry 13) is **DENIED** as moot. A Judgment

dismissing this action will be entered contemporaneously with this Order.

This, the 5th day of January, 2016.

/s/ James A. Beaty
United States District Judge